# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. ANDREA WALKER,          ) | |
| ) | |
| *Plaintiff*,     ) | Case No.: 16-CV-96-GKF-TLW |
| ) | |
| v.          ) | |
| ) | |
| 1. ADVANCED EMPLOYER     ) | |
| SOLUTIONS, LLC d/b/a JIMMY'S EGG,     ) | |
| a domestic limited liability company,     ) | |
| ) | |
| *Defendant*.     ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The Parties, by and through their respective counsel, hereby stipulate to the dismissal of this action with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), each party to bear her or its own attorney's fees and costs.

Respectfully submitted this 19th day of August 2016,


Read and Approved by:

| | |
|---|---|
| /s/ Charles C. Vaught | /s/ Paul A. Ross |
| Charles C. Vaught, OBA #19962 | *Signed with permission from Paul A. Ross* |
| ARMSTRONG & VAUGHT, P.L.C. | Paul A. Ross, OBA #19699 |
| 2727 E. 21st Street, Suite 505 | McAfee & Taft, P.C. |
| Tulsa, OK 74114 | 10th Floor, Two Leadership Square |
| (918) 582-2500 | 211 N. Robinson Avenue |
| (918) 583-1755 Facsimile | Oklahoma City, OK 73103 |
| cvaught@a-vlaw.com | paul.ross@mcafeetaft.com |
| ***Attorney for Plaintiff*** | ***Attorney for Defendant*** |